IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL HURT,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No. 22-224 |
|---|---|---|

## ARRAIGNMENT PLEA

AND NOW, the Defendant, Daniel Hurt, being arraigned in the above entitled case now pleads GUILTY to Count One of the Information in open court this 15th day of September, 2022.

_____
Defendant

_____
Attorney